SCWC-12-0000858

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

YONG SHIK WON,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000858; CASE NO. 1DTA-11-01903)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on May 15, 2014, is hereby accepted and will

be scheduled for oral argument.  The parties will be notified by

the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, June 24, 2014.

Jonathan Burge                    /s/ Mark E. Recktenwald
for petitioner

                                  /s/ Paula A. Nakayama
Brian R. Vincent
for respondent                    /s/ Sabrina S. McKenna

                                  /s/ Richard W. Pollack

                                  /s/ Michael D. Wilson

